*Messrs. Toole & Bach,* for Appellant.

*Messrs. Woody & Woody,* and *Mr. E. E. Hershey,* for Respondents.

---

No. 2,096.—E. A. NICHOLS et al., Appellants, *v.* JAMES MAHER, Treasurer, Respondent.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided December 19, 1904.

Per Curiam.—Upon motion of the appellants the appeal herein is hereby dismissed.

*Mr. E. M. Lamb, Mr. C. F. Kelley, Mr. E. S. Booth,* and *Messrs. Kirk & Clinton,* for Appellants.

---

No. 2,129.—STATE OF MONTANA ex rel. JAS. DONOVAN, Attorney General, Relator, *v.* INTERNATIONAL HARVESTER CO. OF AMERICA, Respondent.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. T. J. Walsh, Mr. E. B. Burling,* and *Mr. J. C. McMath,* for Respondent.

No. 2,132.—STATE OF MONTANA ex rel. JAS. DONOVAN, Attorney General, Relator, *v.* CUDAHY PACKING CO., a Corporation, Respondent.

*Mr. James Donovan, Attorney General, pro se.*